IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00060-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| JESSIE LEROY GLASS JR, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion for an Order to Produce Documents. (Doc. No. 53.) For the reasons stated in the Motion, the Court will grant the Motion.

**IT IS HEREBY ORDERED** that the Iredell County Sheriff's Office (ICSO) produce to the parties ICSO Case File No. 19-03103 and 20-00024.[1] It is further ordered and that the cost of process, fees and expenses of the witnesses so subpoenaed shall be paid as if subpoenaed on behalf of the United States, the Court being satisfied that the Defendant is financially unable to pay the fees and expenses of these witnesses, and the presence of this evidence is necessary to the presentation of an effective and adequate defense.

**SO ORDERED**

Signed: February 3, 2023

Kenneth D. Bell
United States District Judge

---

[1] This Order specifically compels Adam Dillard (Counsel for Iredell County Sheriff's Office, 231 N. Tradd Street Statesville, NC 28677) to produce by February 6, 2023, ICSO Case File No. 19-03103 and 20-00024 to counsel in this matter.